*Peyton Ford* and *Oscar H. Davis* for the United States.

No. 1320. CAVE *v.* UNITED STATES. June 16, 1947. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Walter F. Maley* and *Charles W. Bowers* for petitioner. *Acting Solicitor General Washington, Sewall Key* and *Ellis N. Slack* for the United States.

No. 1321. POTEET ET AL. *v.* ROGERS. June 16, 1947. Petition for writ of certiorari to the Supreme Court of Missouri denied. *Marcy K. Brown, Jr.* for petitioners. *John B. Gage* and *Richard K. Phelps* for respondent.

No. 1324. J. L. HUDSON Co. *v.* NATIONAL LABOR RELATIONS BOARD. June 16, 1947. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Archibald Broomfield* for petitioner. *Acting Solicitor General Washington, Gerhard P. Van Arkel, Morris P. Glushien* and *Ruth Weyand* for respondent.

No. 1329. TODD SHIPYARD CORP. *v.* PULEO, ADMINISTRATRIX, ET AL.; and

No. 1384. H. E. Moss & Co. *v.* PULEO, ADMINISTRATRIX, ET AL. June 16, 1947. Petitions for writs of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Paul Speer* for petitioner in No. 1329. *Raymond Parmer* and *Vernon Sims Jones* for H. E. Moss & Co., petitioner in No. 1384 and respondent in No. 1329.